

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00334-CV

| | | |
|---|---|---|
| NOVIEMBRE DONN HILL, Appellant | § | On Appeal from the 97th District Court |
| V. | § | of Montague County (2019-0165M-CV) |
| | § | October 24, 2019 |
| JIMMY WAYNE HILL, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM